BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00131-CKD |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING ) DATE |
| ABIGAIL SANDOVAL BERMUDEZ, | ) ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on April 23, 2013, this matter was set for a Preliminary Hearing on May 7, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until May 17, 2013, at 2:00 p.m.

///
///
///

Stipulation to Continue     1     United States v. Sandoval Bermudez

**IT IS SO STIPULATED.**

DATED: April 30, 2013        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: April 30, 2013        /s/ Toni Carbone
                             TONI CARBONE
                             Attorney for Defendant
                             (as authorized on April 30, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED,

Dated: April 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE