TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
ABIGAIL SANDOVAL BERMUDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-mj-00131 CKD |
| Plaintiff, | **STIPULATIONAND FINDINGS AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| ABIGAIL SANDOVAL BERMUDEZ, | |
| Defendant. | |

Defendant, ABIGAIL SANDOVAL BERMUDEZ, by and through her counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 17, 2013.

2.      By this stipulation, MS. SANDOVAL BERMUDEZ through counsel for defendant TONI CARBONE and the GOVERNMENT now move to continue the preliminary hearing until June 14, 2013, and to exclude time between May 17, 2013 and June 14, 2013 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The GOVERNMENT and MS. SANDOVAL BERMUDEZ, through counsel for defendant, TONI CARBONE, are engaging in conversations and investigation related to MS. SANDOVAL BERMUDEZ'S alleged involvement in this matter. Such conversations and investigation are of aid to both parties prior to preliminary hearing and/or grand jury hearing.

c.     After consultation, the GOVERNMENT and MS. SANDOVAL BERMUDEZ through counsel for defendant TONI CARBONE believe that failure to grant the above-requested continuance would deny the defense  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 17, 2013 to June 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on joint request of the GOVERNMENT and MS. SANDOVAL BERMUDEZ counsel for defendant TONI CARBONE on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  May 16, 2013

///

///

///

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated:  May 15, 2013          BENJAMIN B. WAGNER
                              United States Attorney

                        By:   */s/ Toni Carbone for*
                              JUSTIN LEE
                              Assistant U.S. Attorney

                              For the United States

Dated:  May 15, 2013    By:   */s/ Toni Carbone*
                              TONI CARBONE

                              For the Defendant


# **O R D E R**

IT IS SO FOUND AND ORDERED this 16th  day of  May, 2013.


_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Preliminary
Hearing and for Exclusion of Time