BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00131-DAD |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING ) DATE |
| ABIGAIL SANDOVAL BERMUDEZ, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter is set for a Preliminary Hearing on June 14, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until June 28, 2013, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

///

///

///

Stipulation to Continue      1      United States v. Sandoval Bermudez

**IT IS SO STIPULATED.**

DATED: June 13, 2013        /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: June 13, 2013        /s/ Toni Carbone
                            TONI CARBONE
                            Attorney for Defendant
                            (as authorized on June 11, 2013)

**ORDER**

IT IS SO ORDERED.
Dated: June 18, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Bermudez0131.stipord.cont.prelim.doc