BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00131-CKD |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE |
| v. | |
| ABIGAIL SANDOVAL BERMUDEZ, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. On April 19, 2013, the United States filed a Criminal Complaint charging the defendant with Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1).

2. Subsequent to the Criminal Complaint, the United States obtained exculpatory information related to the case pending against the defendant. Based on the exculpatory information obtained from the on-going investigation, the United States now believes that

insufficient evidence exists to sustain a conviction against the defendant.

3. Based on the above information, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the parties now move to dismiss without prejudice the pending Criminal Complaint against the defendant in the above-captioned matter.

**IT IS SO STIPULATED.**

DATED: June 28, 2013  /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: June 28, 2013  /s/ Toni Carbone
TONI CARBONE
Attorney for Defendant
(as authorized on June 27, 2013)

## ORDER

IT IS SO FOUND AND ORDERED, this 28th day of June, 2013. Pursuant to Federal Rule of Criminal Procedure 48(a), for the reasons set forth above, **IT IS HEREBY ORDERED** that the pending Criminal Complaint in case number 2:13-MJ-00131 is **DISMISSED WITHOUT PREJUDICE.**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE